## HOPSON v. JOHNSON.

LUMPKIN, P. J.　As was distinctly ruled in *Harrison* v. *McClelland,* 57 *Ga.* 531, "The. maker of a promissory note is bound personally, though the word 'administratrix' be annexed to her signature"; and the same is true though that word be followed by the word "of" and the name of a deceased person.　Civil Code, § 2998; *Cleaveland* v. *Stewart,* 3 *Ga.* 283; *Aven* v. *Beckom,* 11 *Ga.* 6; *Lovelace* v. *Smith,* 39 *Ga.* 132; *McFarlin* v. *Stinson,* 56 *Ga.* 398; *Rawlings* v. *Robson,* 70 *Ga.* 595; *Crusselle* v. *Chastain,* 76 *Ga.* 840.

> Judgment reversed.　All the Justices concurring.

Submitted November 8,—Decided December 2, 1899.

Complaint. Before Judge Sheffield. Colquitt superior court. June term, 1899.

*Humphreys & Edmondson* and *Pearsall & Shipp,* for plaintiff.